Viselli v Riverbay Corp. (2018 NY Slip Op 05968)

Viselli v Riverbay Corp.

2018 NY Slip Op 05968 [32 NY3d 980]

September 6, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, November 7, 2018

[*1]

Paul Viselli et al., Appellants,
v
The Riverbay Corporation, Respondent.

Decided September 6, 2018

Viselli v Riverbay Corp., 155 AD3d 439, modified.

APPEARANCES OF COUNSEL

Sullivan Papain Block McGrath & Cannavo P.C., New York City (Stephen C. Glasser of counsel), for appellants.
Armienti, DeBellis, Guglielmo & Rhoden, LLP, New York City (Vanessa M. Corchia of counsel), for respondent.

{**32 NY3d at 981} OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order modified, without costs, by denying defendant's motion for summary judgment as to the General Municipal Law § 205-a cause of action and, as so modified, affirmed. With respect to the General Municipal Law § 205-a cause of action, defendant's submissions of a certificate of occupancy and an expert affidavit that did not sufficiently respond to plaintiffs' General Municipal Law § 205-a claim were insufficient, without more, to meet its prima facie burden as the party moving for summary judgment (see Powers v 31 E 31 LLC, 24 NY3d 84, 93 [2014]). We have considered plaintiffs' remaining arguments and find them to be without merit.
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman.